IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSOLIDATED RAIL CORPORATION | : | CIVIL ACTION |
| | : | NO. 11-5416 |
| vs. | : | |
| FONDIARIA SAI, S.p.A. as successor in interest to LLOYD ITALICO & L'ANCORA | : | |

ORDER

AND NOW, this 8th day of November, 2013, this action is stayed until further Order of the Court.

                                                                *s/Thomas N. O'Neill, Jr.*
                                                                 THOMAS N. O'NEILL, JR.,     J.