IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSOLIDATED RAIL CORPORATION, *Plaintiff* | : : : : : CIVIL ACTION |
| v. | : : |
| FONDIARIA SAI, S.P.A., *Defendant* | : NO. 11-5416 : : |

### ORDER

AND NOW, this 27th day of July, 2020, upon consideration of Defendant's motion to dismiss for lack of personal jurisdiction (Doc. No. 63), the responses thereto (Doc. Nos. 65, 66, 72), and the Court having conducted oral argument on the motion on July 22, 2020, it is **ORDERED** that the motion (Doc. No. 63) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**